UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ATLANTIC DRY DOCK CORP.**

    Plaintiff/Counter-Defendant,

v.                                                 Case No. 3:05-cv-202-J20TEM

**M/V EMPRESS II, her engines, tackle Apparel, etc.,** *in rem,*

    Defendant/Counter-Plaintiff.

_____/

## ORDER

Before the Court is the parties' Stipulation of Dismissal with Prejudice (Doc. No. 52, filed on June 2, 2005), stipulating to a dismissal of the case in its entirety, with each party to bear its own attorneys' fees and costs. Therefore, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of June, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Richard K. Jones, Esq.
George D. Gabel, Jr., Esq.